IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
AUG 13 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Kevin Lobdell, | |
| Plaintiff, | Case No. 20 C 982 |
| vs. | |
| Superior Metal Products, et. al, | Judge Kennelly |
| Defendants. | |

Plaintiff's Response to Court Order dated 7/29/20

NOW COMES Plaintiff, Kevin Lobdell, with his response to the Order to Comply. In compliance with this request, Plaintiff has attached a copy of the EEOC Charge of Discrimination that he received from the EEOC. Plaintiff is unable to obtain the original complaint form he filled out due to the EEOC offices being closed due to COVID - 19, of which the Court was already aware.

Further, Plaintiff apologizes to the Court for miscommunication and possibility of attached documents not being attached. Plaintiff is 60 years old and is unable to do more than hunt and peck on a keyboard. Therefore, Plaintiff dictates his legal work to a third party so that he may be in compliance with the Court requirements, and in doing so mistakes may have been made.

## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he is the Plaintiff in the above action, that he as read the above complaint, and that the above complaint and the information contained therein is true and correct. 28 U.S.C. 1746; 18 U.S.C. 1621.

Executed at 117 W. Market ST. Somonouk, IL. on August 9th,
20 20.

_____
Signature



**U.S. Equal Employment Opportunity Commission**
**Chicago District Office**

230 S. Dearborn
Suite 1866
Chicago, IL 60604
(312) 872-9777
TTY (800) 669-6820
Fax: (312) 588-1255

Respondent: SUPERIOR METAL PRODUCTS
EEOC Inquiry No.: 440-2020-00638

October 28, 2019

Kevin Lobdell
117 West Market Street
Box 142
Somonauk, IL 60552

Dear Mr. Lobdell:

This is with reference to your recent inquiry (an office visit, phone call, correspondence, or electronically submitted intake questionnaire) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

- [X] Title VII of the Civil Rights Act of 1964 (Title VII)
- [ ] The Age Discrimination in Employment Act (ADEA)
- [ ] The Americans with Disabilities Act (ADA)
- [ ] The Equal Pay Act (EPA)
- [ ] The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and make corrections.

(2) Sign and date the charge in the bottom left hand block where I have made an "X".

(3) Return the signed charge to this office.

These steps are necessary if you wish to file a charge. No charge has been filed because the correspondence you submitted was not signed. Since charges should be filed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

IF WE DO NOT RECEIVE YOUR SIGNED CHARGE WITHIN 30 DAYS OR HEAR FROM YOU WITHIN 30 DAYS, WE WILL ASSUME THAT YOU DECIDED NOT TO FILE A CHARGE OF DISCRIMINATION WITH EEOC.

Please be aware that after we receive your signed charge, the EEOC will send a copy of the charge to Illinois Department Of Human Rights 100 West Randolph Street Floor 10-100 Chicago, IL 60601 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

Please use the "EEOC Inquiry No." listed at the top of this letter whenever you call us. Please notify this office of any change in address or of any prolonged absence from home. Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process.

Sincerely,

Daniel Acosta
Investigator
(312) 872-9667

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination
    Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 440-2020-00638 |

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Kevin Lobdell | (630) 465-9790 | 1960 |

Street Address / City, State and ZIP Code
117 West Market Street, Box 142, Somonauk, IL 60552

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SUPERIOR METAL PRODUCTS | 15 - 100 | (630) 466-1150 |

Street Address / City, State and ZIP Code
1993 Bucktail Lane, Sugar Grove, IL 60554

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 09-27-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent in or around September 2018. My most recent position was Press Operator. During my employment, I was subjected to sexual harassment. I complained to Respondent. Subsequently, I was subjected to harassment. On or about September 27, 2019, I was constructively discharged.

I believe I have been discriminated against because of my sex, male, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 10-29-19
Charging Party Signature: *Kevin N. Lobdell*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Kevin Lobdell
117 W. Market St
Box 142
Somonauk, IL
60552



CAROL STREAM IL 601
10 AUG 2020 PM 5 L

2020 AUG 13 AM 11:55

U.S. District Court
Clerk of the Court
20th floor
219 S. Dearborn St.
Chicago, IL. 60604

60604-189420