# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kevin Neil Lobdell, | ) |
|        Plaintiff, | ) Case No.: 1:20-cv-00982 |
| v. | ) Judge Matthew F. Kennelly |
| Superior Metal Products, et al. | ) Magistrate Judge Sunil R. Harjani |
|        Defendants. | ) |

## DEFENDANT'S SECOND STATUS REPORT REGARDING IDHR PROCEEDINGS

Defendant Superior Metal Products, Inc. ("SMP"), by and through its attorneys, Nadine C. Abrahams and Priya P. Khatkhate of Jackson Lewis P.C., pursuant to the Court's December 22, 2020 order (Doc. 32), submits the following status report regarding the Illinois Department of Human Rights' Proceedings on Plaintiff Kevin Lobdell's administrative charge against SMP (the "Charge"):

1. On January 29, 2021, counsel for SMP called Illinois Department of Human Rights ("IDHR") supervisor Alfredo de los Reyes and left a voicemail, inquiring, as she had been for the past weeks, as to the status of the legal department's review, and followed the voicemail with a detailed email regarding the request. (Exhibit A.)

2. On January 29, 2021, Mr. de los Reyes responded to the email from counsel for SMP and stated that the agency's legal department made the determination to administratively dismiss both Plaintiff's Charge against SMP and his related charge against his former supervisor. (*Id.*)

3. In his email, Mr. de los Reyes also stated that the investigator previously assigned to handle both charges was no longer with the agency, and he therefore assigned both charges to a

new investigator who is preparing the dismissal notice for the Charges. Mr. de los Reyes additionally advised that the agency's Case Disposition Unit will be sending dismissal notices to Plaintiff and SMP. (*Id*.)

4. Thus, SMP requests that the Court grant Defendant's Motion to Set Aside Its Responsive Pleading Deadline and Stay the Proceedings (Doc. 29) and reset the February 4, 2021 status hearing for a date in late February or early March 2021, after the IDHR has issued its final dismissal notices to the parties.

Dated: January 29, 2021                              Respectfully submitted,

**SUPERIOR METAL PRODUCTS, INC.**

By:    \s\ Nadine C. Abrahams
        One of Its Attorneys

Nadine C. Abrahams
Priya P. Khatkhate
Jackson Lewis P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
Tel:    312.787.4949
Fax:    312.787.4995
Email: Nadine.Abrahams@jacksonlewis.com
      Priya.Khatkhate@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

I, Nadine C. Abrahams, certify that on January 29, 2021, I caused a true and correct copy of the foregoing ***Defendant's Second Status Report Regarding IDHR Proceedings*** to be filed with the Court by electronic filing protocols, and that same was sent via U.S. Mail to:

Kevin Neil Lobdell
117 W. Market Street, Box 142
Somonauk, Illinois 60552

/s/ Nadine C. Abrahams