IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 17 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kevin Neil Lobdell,  )
        Plaintiff,  )  Case No. 1:20-cv-00982
)
v.  )  Judge: Matthew F. Kennelly
)
Superior Metal Products, et al.  )  Magistrate Judge Sunil R. Harjani
)
        Defendants.  )

## MOTION TO RENEW REQUEST TO HAVE AN ATTORNEY APPOINTED

    NOW COMES Plaintiff, Kevin Lobdell, with his motion to renew his request for an appointed attorney.

    Plaintiff has been experiencing loss of vocabulary during the last 6 months. Plaintiff has been seen by a neurologist and is undergoing further testing. See attachments 1-4.

    Plaintiff wishes to keep the integrity of his case and Plaintiff's right to sue valid while undergoing testing on Plaintiff's condition. Plaintiff's current condition is also the reason he missed the last hearing and he apologizes to the Court.

    Therefore, all these things considered, Plaintiff respectfully requests the Court to assign an attorney to represent him, thus allowing this case to proceed forward.

Respectfully submitted,

KEVIN LOBDELL

By: /s/ Kevin Lobdell
      Pro Se

Kevin Lobdell
117 W. Market St
P.O. Box 142
Somonauk, IL 60552

## **CERTIFICATE OF SERVICE**

    I, Kevin Lobdell, certify that on March 11, 2021, I caused a true and correct copy of the foregoing ***Motion to Renew Request to have an Attorney Appointed,*** to be filed with the Court by mail, and that the same was sent via U.S. Mail to:

>Nadine C. Abrahams
>Priya P. Khatkhate
>Jackson Lewis P.C.
>150 N. Michigan Ave., Suite 2500
>Chicago, IL 60601

*[signature]*
Kevin Lobdell, Pro Se



**VNA Health Care**
(630) 892-4355 or (847) 717-6455

# Referral Form

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Sylvie Chau | **Service Provider:** | Dr. Younghua Zhang |
| **Signing Provider:** | Sylvie Chau | | 24600 W. 127th St. |
| | | | Plainfield, IL 60585 |
| **Phone:** | (630) 892-4355 | **Phone:** | (815) 731-9120 |
| | | **Fax:** | (630) 527-7732 |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | Kevin Lobdell | **DOB:** | 06/14/1960 | **Age:** | 60 Years |
| **Home Phone:** | (630) 465-9790 | **Sex:** | M | **SSN:** | |
| **Mobile Phone:** | (000) 000-0000 | | | | |
| **Alt Phone:** | (630) 465-9790 | | | | |

**Resp. Provider:** Heli Desai

| | | | |
|---|---|---|---|
| **Primary Ins:** | Meridian | **Secondary Ins:** | Medicaid FQHC |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | 301418075 | **Insured ID:** | 301418075 |

| Code | Description | Diagnoses |
|---|---|---|
| NEURO | Neurology | MEMORY LOSS (ICD-R41.3) (ICD10-R41.3) |

| | | | |
|---|---|---|---|
| **Order Number:** | 1803193-1 | | |
| **Auth#:** | | | |
| **Maximum Visits:** | 12 | | |
| **Start Date:** | 02/12/2021 | **End Date:** | 02/12/2022 |
| **Duration:** | 12 Months | | |
| **Electronically signed by:** | Sylvie Chau | | |
| **Signed on:** | 2/12/2021  3:06:51PM | | |

**Reason for Referral:** Please specify reason for referral: memory loss, family history of dementia

For additional assistance, VNA office notes and/or test results, please contact VNA Case Management at (630) 892-4355 ext.1992

Please FAX your completed consult/test results to VNA Case Management @ FAX number 630-482-8185

Attachment 1


**VNA Health Care**
(630) 892-4355 or (847) 717-6455

# Referral Form

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Sylvie Chau | **Service Provider:** | Dr. Muhammad Siddig (Neuro) |
| **Signing Provider:** | Sylvie Chau | | |
| **Phone:** | (630) 892-4355 | **Phone:** | (630) 553-2545 |
| | | **Fax:** | (630) 385-2229 |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | Kevin Lobdell | **DOB:** | 06/14/1960 | **Age:** | 60 Years |
| **Home Phone:** | (630) 465-9790 | **Sex:** | M | **SSN:** | |
| **Mobile Phone:** | (000) 000-0000 | | | | |
| **Alt Phone:** | (630) 465-9790 | | | | |

**Resp. Provider:** Heli Desai

| | | | |
|---|---|---|---|
| **Primary Ins:** | Meridian | **Secondary Ins:** | Medicaid FQHC |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | 301418075 | **Insured ID:** | 301418075 |

| Code | Description | | Diagnoses |
|---|---|---|---|
| NEURO | Neurology | | MEMORY LOSS (ICD-R41.3) (ICD10-R41.3) |
| | Order Number: | 1803193-1 | |
| | Auth#: | | |
| | Maximum Visits: | 12 | |
| | Start Date: | 02/12/2021 | **End Date:** 02/12/2022 |
| | Duration: | 12 Months | |
| | Electronically signed by: | Sylvie Chau | |
| | Signed on: | 2/12/2021 3:06:51PM | |

**Reason for Referral:** Please specify reason for referral: memory loss, family history of dementia

For additional assistance, VNA office notes and/or test results, please contact VNA Case Management at (630) 892-4355 ext.1992

Please FAX your completed consult/test results to VNA Case Management @ FAX number 630-482-8185

Attachment 2



# IMAGING CENTERS OF AMERICA


2720 E. New York St., Suite 100 • Aurora, IL 60502
Phone (630) 898-3333 • Fax (630) 898 3332

Patient Name: Kevin Lobdell  Date: 03/09/21
Birth Date: 06/14/1960  Phone: (630) 465 9790
Insurance: Meridian
Referring Physician: Nancy Navarro, RN
Physician Signature: _____ RN  Date: _____
Phone: (630) 553 2545  Fax: (630) 385 2229

## Type of Study:

☐ MRI of _____
☐ MRA of _____ (Limted to Carotid & Brain)
    ☐ With Contrast
    ☐ Without Contrast
    ☐ With & Without Contrast

Indication / Diagnosis:

☐ CT Scan of _____
    ☐ With Contrast
    ☐ Without Contrast
    ☐ With & Without Contrast

Indication / Diagnosis:

☐ 2-D Echocardiogram
☐ Carotid Ultrasound
☐ Extremities Arterial Doppler
    ☐ Upper    ☐ Lower
☐ Venous Doppler
    ☐ Upper    ☐ Lower
☐ Renal Arterial Doppler
☐ Ultrasound of _____

Indication / Diagnosis:

## SLEEP STUDIES

☑ Baseline Sleep Study / CPAP or BIPAP Titration     Indication / Diagnosis: OSA

☐ CPAP or BIPAP Re-Titration     Indication / Diagnosis:

☐ Multiple Sleep Latency Test (MSLT)     Indication / Diagnosis:

☐ Maintenance of Walkefulness Test (MWT)     Indication / Diagnosis:

Attachment 3

SUBURBAN PHYSICIANS, S.C
PHYSICIAN OUT-PATIENT ORDERS
MUHAMMAD Y. SIDDIQ, MD & NANCY NAVARRO NP
1177 N. HIGHLAND AVE SUITE 106 AURORA IL 60506
PHONE: 630 553-2545 FAX: 630 385-2229

| RUSH COPLEY MEDICAL CENTER | PROVENA MERCY MEDICAL CENTER | VALLEY WEST HOSPITAL |
|---|---|---|
| 2000 OGDEN AVE. | 1325 N. IGHLAND AVE. | 11 E. PLEASANT AVE. |
| AURORA, IL 60504 | AURORA, IL 60506 | SANDWICH, IL 60548 |
| PHONE: 630 978-6750 | PHONE: 630 8012505 | PHONE: 815 786-3736 |
| FAX: 630 499-2350 | FAX: 6308012506 | FAX: 815 786-3744 |

***PLEASE CALL PATIENT TO SCHEDULE THE TEST ASAP***

DIAGNOSIS: memory loss
NAME: Kevin Lobdell  AGE: 60  SEX: M
DOB: 06/14/1960  PATIENT PHHONE: 630 465 9790

****PLEASE PROVIDE PATIENT WITH FILM TO BRING TO THE NEXT APPOINTMENT****

- IF YOUR INSURANCE COMPANY REQUIRES PRE- AUTHORIZATION FOR CT OR MRI EXAMS, PLEASE ALLOW AT LEAST 48 HOURS FOR OUR OFFICE TO OBTAIN TH NECESSARY AUTHORIZATION.

| | MRI | | EEG |
|---|---|---|---|
| ✓ | BRAIN; WITH/WITHOUT CONTRAST | | EEG |
| | C-SPINE; WITH/WITHOUT CONTRAST | | EEG; PARTIALLY SLEEP DEPRIED |
| | L- SPINE; WITH/WITHOUT CONTRAST | | EEG; SLEEP DEPRIVED |
| | T- SPINE; WITH/WITHOUT CONTRAST | | LABWORK |
| | OTHER: | | CBC |
| | MRA | | BMP |
| | NECK | | CMP |
| | BRAIN | ✓ | SED RATE |
| | CT COMPUTED TOMOGRAPHY | ✓ | B12 |
| | BRAIN; WITH/WITHOUT CONTRAST | ✓ | TSH |
| | SPINE; CERVICAL- THORACIC LUMBAR | | PHENYTOIN THROUGH LEVEL |
| | PLAIN | | CARBAMAZEPINE THROUGH LEVEL |
| | WITH/WITHOUT CONTRAST | | |
| | CT ANGIOGRAM: NECK OR BRAIN | ✓ | OTHER: ammonia, folati, A1c, lipid pro t H |

SIGNATURE: _____, APN  DATE: 05/09/21

Attachments 4